UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON,

       Plaintiff,

-vs-                                       Case No. 6:06-cv-1365-Orl-18DAB

SUPREME COURT OF FLORIDA,

       Defendant.

_____

## ORDER

This case is before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on September 11, 2006. The United States Magistrate Judge has submitted a report recommending that this case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 21, 2006 (Doc. No. 2) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is **DISMISSED** for failure to comply with the injunction and order at Hickmon v. Lawshe, 6:06-cv-772-28JGG (Doc. 6).

    3.    All pending motions are **DENIED** as moot and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___/ /___ day of October, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party